UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN MARTIN, *et al.*,<br><br>Defendants,<br><br>and<br><br>IDAHO STATE SNOWMOBILE ASSOC., *et al.*,<br><br>Defendant-Intervenors. | NO. CV-05-248-RHW<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER, MOTION TO LIMIT SCOPE** |

Before the Court are Defendants' Motion to Limit Scope of Review to Administrative Record (Ct. Rec. 151) and Plaintiffs' Motion for Protective Order (Ct. Rec. 167). A hearing was held on February 6, 2007. Lauren Rule represented Plaintiffs; Joseph Kim and Srinath Govindan appeared on behalf of Defendants; and Paul Turcke and Mark Ellingsen represented Defendant-Intervenors. This Order reflects the Court's oral rulings.

Having reviewed the record, heard from counsel, and been fully advised in this matter, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Limit Scope of Review to Administrative Record (Ct. Rec. 151) is **DENIED**.

2. Plaintiffs' Motion for Protective Order (Ct. Rec. 167) is **DENIED**. Plaintiffs shall cooperate with Defendants to make witnesses available for

ORDER DENYING MOTION FOR PROTECTIVE ORDER, MOTION TO LIMIT SCOPE * 1

1 deposition before the trial date.

2     3. Defendants' Motion for Leave to File Overlength Brief (Ct. Rec. 157) is **GRANTED**.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

    **DATED** this 7th day of February, 2007.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Defenders of Wildlife\deny.scope.ord.wpd

ORDER DENYING MOTION FOR PROTECTIVE ORDER, MOTION TO LIMIT SCOPE * 2