UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SUSAN MARTIN, *et al.*, <br><br> Defendants, <br><br> and <br><br> IDAHO STATE SNOWMOBILE ASSOC., *et al.*, <br><br> Intervenor-Defendants. | NO. CV-05-0248-RHW <br><br> **PERMANENT INJUNCTION ORDER** |

Further to this Court's Findings of Fact and Conclusions of Law [Ct. Rec. 176],

**IT IS HEREBY ORDERED**:

1.   The preliminary injunction issued by this Court's Order dated November 7, 2006, is hereby converted into a PERMANENT INJUNCTION.

2.   In addition to the restrictions embodied initially in the preliminary injunction, as part of this PERMANENT INJUNCTION, the court enjoins recreational

PERMANENT INJUNCTION ORDER   * 1

snowmobile use as limited and/or prohibited in those areas designated in the Forest Service's attached Special Closure Order, Order No. F-07-001.

3. This PERMANENT INJUNCTION shall remain in effect until Defendant U.S. Forest Service issues a Record of Decision adopting its Winter Recreation Strategy for the Idaho Panhandle National Forest, which shall occur after the Forest Service concludes consultation with the U.S. Fish and Wildlife Service on the Winter Recreation Strategy for the Idaho Panhandle National Forest, in compliance with § 7(a)(2) of the Endangered Species Act.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 5th day of March, 2007.


                    s/Robert H. Whaley
                    ROBERT H. WHALEY
                    Chief United States District Judge

Q:\CIVIL\2005\Defenders of Wildlife\injunction.ord.wpd

PERMANENT INJUNCTION ORDER  * 2