UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SUSAN MARTIN, *et al.*,<br><br>    Defendants,<br><br>and<br><br>IDAHO STATE SNOWMOBILE ASSOC., *et al.*,<br><br>    Intervenor-Defendants. | NO. CV-05-0248-RHW<br><br>**AMENDED PERMANENT INJUNCTION ORDER** |

Further to this Court's Findings of Fact and Conclusions of Law (Ct. Rec. 176),

**IT IS HEREBY ORDERED**:

The Permanent Injunction Order dated March 5, 2007, (Ct. Rec. 179) is hereby modified by striking Paragraph No. 2 of that Order, and replacing it with the following provision:

In addition to the restrictions embodied initially in the preliminary injunction, as part of this PERMANENT INJUNCTION, the Court

AMENDED PERMANENT INJUNCTION ORDER * 1

enjoins recreational snowmobile use as limited and/or prohibited in those areas designated in the Forest Service's attached Special Closure Order, Order No. F-07-002.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 20th day of March, 2007.

_____
ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Defenders of Wildlife\amended.injunction.ord.wpd

AMENDED PERMANENT INJUNCTION ORDER * 2

ORDER NO. F-07-002

## PRIEST LAKE AND BONNERS FERRY RANGER DISTRICTS

### SPECIAL CLOSURE ORDER
### IDAHO PANHANDLE NATIONAL FORESTS

Pursuant to 36 CFR 261.50(a), the following acts are prohibited on National Forest System Lands administered by the Idaho Panhandle National Forests within the Caribou Recovery Area.

### Bonners Ferry and Priest Lake Ranger Districts

**Using or possessing any motorized over-snow vehicle within the area described below and indicated on the attached map (green shaded area) within the Trapper Peak Burn (part of the Caribou Recovery Area) (36 CFR 261.53(a)):**

The 2-kilometer (1.24 miles) buffer (slope distance) on either side of the Selkirk Crest shown in green on the attached map just north of state lands north of Upper Priest Lake. This area includes portions of sections or entire sections in the following list: Sections 4, 5, 6, 7, 8, 9, 13, 15, 16, 17, 21, 22, 23, 24, 26, and 27, T64N, R4W, B.M..

These restrictions are in addition to those stated in Subpart A, Title 36 Code of Federal Regulations, Part 261 and become effective immediately and will remain in effect until rescinded or revoked. This order replaces Order No. F-07-001 signed on February 26, 2007.

This closure (restriction) is necessary for the protection of Caribou from disturbance from motorized over-snow vehicles in conjunction with order # F-06-001.

Pursuant to 36 CFR 261.50 (e) the following persons are exempt from this order:

1. Persons with a permit specifically authorizing the otherwise prohibited act or omission.

2. Any Federal, State, or local officer, or member of an organized rescue, fire fighting force, or national security employees in the performance of an official duty.

Done in Coeur d'Alene Idaho this 12th day of March, 2007.

RANOTTA K. McNAIR
Forest Supervisor

Violation of these prohibitions is punishable by a fine of not more than $5,000.00 for an individual or $10,000.00 for an organization, or imprisonment for not more than six (6) months, or both (16 U.S.C. Section 551 and 18 U.S.C. 3559 and 3571).

# REMOVAL OF AN ORDER

By virtue of the authority vested in me under the Regulations of the Secretary of Agriculture, 36 CFR 261.50, the prohibition listed in **Order No. F-07-001**, dated February 26, 2007, is hereby terminated on the Idaho Panhandle National Forests effective on Monday, March 12, 2007..

## PRIEST LAKE AND BONNERS FERRY RANGER DISTRICTS

## SPECIAL CLOSURE ORDER

**Using or possessing any motorized over-snow vehicle within the area described below and indicated on the attached map (green shaded area) within the Trapper Peak Burn (part of the Caribou Recovery Area) (36 CFR 261.53(a)):**

The 2-kilometer (1.24 miles) buffer (slope distance) on either side of the Selkirk Crest shown in green on the attached map just north of state lands north of Upper Priest Lake. This area includes portions of sections or entire sections in the following list: Sections 4, 5, 6, 7, 8, 9, 13, 15, 17, 21, 22, 23, 24, 26, and 27, T64N, R4W, B.M..

Signed at Coeur d'Alene, Idaho this 12th day of March, 2007.

RANOTTA K. McNAIR
Forest Supervisor
Idaho Panhandle National Forests

